**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| JOSE QUEZADA, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-04535-GHW |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| OONI, INC., | |
| Defendant. | |

---------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Ooni, Inc.

DATED:  August 17, 2022

**MIZRAHI KROUB LLP**

_/s/ Edward Y. Kroub_
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  August 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge